UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| Anthony Bussie and Taron Bussie, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| House Speaker John Boehner, President Bill Clinton, President George W. Bush, Jr., President Barack Obama, | ) ) ) | 5:14-CV-193-BR |
| | ) | |
| Defendants. | ) ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff Anthony Bussie's claims are dismissed.

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff Taron Bussie's claims are dismissed.

This case is closed.

**This judgment filed and entered on May 21, 2014, and served on:**

Athony Bussie (via US Mail at Philadelvia - FDC, PO Box 562, Philadelphia, PA 19105)
Taron Bussie (via US Mail at Bay State Prison, PO Box F-1, Leesburg, NJ, 08327)

May 21, 2014                    /s/ Julie A. Richards,
                                           Clerk of Court